UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYLAN MILES,

                      Plaintiff,

-against-

SEDONA SOUL ADVENTURES, et al.,

                      Defendants.

22-CV-1438 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff Dylan Miles brings this action *pro se*. By order dated March 7, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP). Because Plaintiff filed the complaint without a mailing address, however, the Clerk of Court was unable to mail a copy of the Court's order to Plaintiff. It is Plaintiff's obligation to provide the Court with an address for mail service. *See* Fed. R. Civ. P. 11(a). The action cannot proceed if Plaintiff does not provide an address where he can be served.

        The Court therefore directs Plaintiff to provide the Court, within thirty days of the date of this order, with a mailing address where he can receive service of documents.[1] Plaintiff must submit his address to this Court's Pro Se Intake Unit in a written document labeled with docket number 22-CV-1438 (LTS). Plaintiff may wish to submit this document using the Court's temporary procedures for email filing by *pro se* parties by emailing the document to Temporary_Pro_Se_Filing@nysd.uscourts.gov. If Plaintiff fails to respond within the time

---

[1] Because this order cannot be mailed to Plaintiff, the Court recognizes that Plaintiff can comply with this order only if he contacts the court's Clerk's Office to ask about the status of his case.

allowed, the Court will dismiss Plaintiff's complaint without prejudice to his refiling it. *See* Fed. R. Civ. P. 41(b).

Plaintiff may also provide the Court with an email address and consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is also available on the Court's website.

SO ORDERED.

Dated: March 14, 2022
        New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address

_____
Date          Signature

**Click Here to Save**