UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DYLAN MILES,  :
:
Plaintiff,  :  22-CV-1438 (JMF)
:
-v-  :  ORDER
:
SEDONA SOUL ADVENTURES et al.,  :
:
Defendants.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 29, 2022, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **May 20, 2022**.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **May 20, 2022**.  Defendants' reply, if any, shall be filed by **May 27, 2022**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for July 21, 2022, is adjourned *sine die*.

      SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge