UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DYLAN MILES, :
:
Plaintiff, : 22-CV-1438 (JMF)
:
-v- : <u>ORDER</u>
:
SEDONA SOUL ADVENTURES et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* Docket No. 20, Defendants' earlier motion to dismiss filed at Docket No. 16 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 16, 2022**. Defendants' reply, if any, is due by **June 23, 2022.**

The Clerk of Court is directed to terminate Docket No. 16.

SO ORDERED.

Dated: June 3, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge