UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DYLAN MILES,                                                      :
                                                                  :
                          Plaintiff,                              :
                                                                  :         22-CV-1438 (JMF)
            -v-                                                   :
                                                                  :         ORDER
SEDONA SOUL ADVENTURES et al.,                                    :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons the Court will explain orally at the conference referenced below, Defendants' motion to dismiss for lack of personal jurisdiction or venue is DENIED. Defendants shall answer the Amended Complaint **within fourteen days** in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure. In addition, the parties shall appear for a telephonic initial pretrial conference on **October 27, 2022**, at **4:15 p.m.** In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 11, the parties shall file a joint letter and proposed Case Management Plan by the Thursday before the initial pretrial conference.

      To access the conference, counsel should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

      The Clerk of Court is directed to terminate ECF No. 20.

      SO ORDERED.

Dated: September 30, 2022                   _____
       New York, New York                            JESSE M. FURMAN
                                                United States District Judge